IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN E. FRANCES and
LEALER FRANCES,

      Appellants,

v.

THE BANK OF NEW YORK
MELLON, et al.,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1415

Opinion filed November 8, 2017.

An appeal from the Circuit Court for Gadsden County.
Francis J. Allman, Judge.

Patrick R. Frank and Keisha D. Rice of Frank & Rice, P.A., Tallahassee, for
Appellants.

Nancy M. Wallace and Ryan D. O'Connor of Akerman LLP, Tallahassee; and
William P. Heller of Akerman LLP, Fort Lauderdale, for Appellees.

PER CURIAM.

      AFFIRMED.

ROWE, MAKAR, and BILBREY, JJ., CONCUR.